# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

Marilyn Kelly,
Chief Justice

139612

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TMW ENTERPRISES,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 139612
COA: 284446
Ct of Claims: 04-133-MT

_____/

     On order of the Court, the application for leave to appeal the July 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010

Clerk

0331